# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ALI ASFEDAY HUSSEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:20-cv-00360-ACA-JHE |
| WILLIAM P. BARR, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report recommending that the court deny Ali Asfeday Hussen's 28 U.S.C. § 2241 petition for a writ of habeas corpus.  (Doc. 13). Although the magistrate judge advised the parties their right to file objections to the report and recommendation, the court has not received any timely objections.

After a *de novo* consideration of the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL DENY** Mr. Hussen's § 2241 petition.

The court will enter a separate final order.

**DONE** and **ORDERED** this September 24, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

Case 4:20-cv-00360-ACA-JHE   Document 16   Filed 09/24/20   Page 2 of 2